UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kleon Murray

        Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:20-CR 547

Defendant Kleon Murray hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

K. Murray
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

KLEON MURRAY
Print Defendant's Name

Defendant's Counsel's Signature

DOMENICK J. PORCO
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/15/20
Date

U.S. District Judge/U.S. Magistrate Judge